```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

     -v-                            :    INDICTMENT

SYED HASHMI,                        :    06 Cr. ___
     a/k/a "Fahad,"
                                    :
          Defendant.
                                    :    06CRIM. 442
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
MAY 24 2006

COUNT ONE

Conspiracy To Provide Material Support Or
Resources To A Foreign Terrorist Organization

The Grand Jury charges:

1.  From at least in or about January 2004, up to and including in or about May 2006, in an offense begun out of the jurisdiction of any particular State or district of the United States, SYED HASHMI, a/k/a "Fahad," the defendant, and others known and unknown, at least one of whom was first brought to and arrested in the Southern District of New York, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to provide "material support or resources," as that term is defined in 18 U.S.C. § 2339A(b), including currency and other physical assets, to a foreign terrorist organization, to wit, al Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about October

5, 2001, on or about October 2, 2003, and again on or about October 11, 2005.

    2.   It was a part and an object of the conspiracy that SYED HASHMI, a/k/a "Fahad," a United States citizen, agreed with others to assist al Qaeda by providing military gear to co-conspirators not named as defendants herein who transported the gear to al Qaeda associates in South Waziristan, Pakistan.

(Title 18, United States Code, Sections 2339B and 3238.)

## COUNT TWO

Providing And Attempting To Provide Material
Support Or Resources To A Foreign Terrorist Organization

The Grand Jury further charges:

    3.   From at least in or about January 2004, up to and including on or about May 2006, in an offense begun out of the jurisdiction of any particular State or district of the United States, SYED HASHMI, a/k/a "Fahad," the defendant, and others known and unknown, at least one of whom was first brought to and arrested in the Southern District of New York, unlawfully and knowingly did provide and attempt to provide "material support or resources," as that term is defined in 18 U.S.C. § 2339A(b), including currency and other physical assets, to a foreign terrorist organization, to wit, al Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and was redesignated as such on or about October

5, 2001, on or about October 2, 2003, and again on or about October 11, 2005, in that SYED HASHMI, a/k/a "Fahad," a United States citizen, provided military gear to others not named as defendants herein who transported it to al Qaeda associates in South Waziristan, Pakistan.

(Title 18, United States Code, Sections 2339B, 2 and 3238.)

COUNT THREE

Conspiracy To Make Or Receive A Contribution Of
Funds, Goods, Or Services To, And For The Benefit Of, Al Qaeda

The Grand Jury further charges:

4. From at least in or about January 2004, up to and including on or about May 2006, in an offense begun out of the jurisdiction of any particular State or district of the United States, SYED HASHMI, a/k/a "Fahad," the defendant, a United States person, unlawfully, willfully, and knowingly violated a regulation issued under Chapter 35 of Title 50, United States Code, to wit, SYED HASHMI, a/k/a "Fahad," the defendant, along with others known and unknown, did combine, conspire, confederate, and agree together and with each other to make and receive a contribution of funds, goods, and services to, and for the benefit of, al Qaeda, a specially designated terrorist organization, by agreeing with others to provide military gear to al Qaeda to be used by al Qaeda to fight against United States forces in Afghanistan.

(Title 50, United States Code, Section 1705(b); Title 31,

Code of Federal Regulations, Sections 595.204 & 595.205.)

COUNT FOUR

Making Or Receiving A Contribution Of Funds,
Goods, Or Services To, And For The Benefit Of, Al Qaeda

The Grand Jury further charges:

5. From at least in or about January 2004, up to and including on or about May 2006, in an offense begun out of the jurisdiction of any particular State or district of the United States, SYED HASHMI, a/k/a "Fahad," the defendant, a United States person, unlawfully, willfully, and knowingly violated a regulation issued under Chapter 35 of Title 50, United States Code, to wit, HASHMI, along with others known and unknown, attempted to and did provide military gear to al Qaeda to be used by al Qaeda to fight against United States forces in Afghanistan.

(Title 50, United States Code, Section 1705(b); Title 31,
Code of Federal Regulations, Sections 595.204 & 595.205;
and Title 18, United States Code, Section 2.)


_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

- 4 -

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v -

**SYED HASHMI,**
      a/k/a "Fahad,"

                                    **Defendant.**

### INDICTMENT

06 Cr.

(Title 18, U.S.C. §§ 2339B, 3238 and 2;
Title 50, U.S.C. 1705(b))

                              MICHAEL J. GARCIA
                           United States Attorney.

**A TRUE BILL**

_Betsy Bradley_
                                         Foreperson.