```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

          -v.-                    :          INDICTMENT

SYED HASHMI,                      :          S1 06 Cr. 442 (LAP)
     a/k/a "Fahad,"
                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 29 2009

## COUNT ONE

### Conspiracy To Provide Material Support Or Resources To A Foreign Terrorist Organization

The Grand Jury charges:

1. From at least in or about January 2004, up to and including in or about May 2006, in an offense begun out of the jurisdiction of any particular State or district of the United States, SYED HASHMI, a/k/a "Fahad," the defendant, and others known and unknown, at least one of whom was first brought to and arrested in the Southern District of New York, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, property, tangible and intangible, and service, including currency and other physical assets, to a foreign terrorist organization, to wit, al Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the

Immigration and Nationality Act, and has remained so designated through and including the present time, in violation of Title 18, United States Code, Section 2339B.

2. It was a part and an object of the conspiracy that SYED HASHMI, a/k/a "Fahad," the defendant, a United States citizen, agreed with others to assist al Qaeda by providing military gear to co-conspirators not named as defendants herein who transported the gear to al Qaeda associates in South Waziristan, Pakistan, knowing that al Qaeda was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that al Qaeda had engaged and was engaging in terrorist activity (as defined in Section 212(a)(3)(B) of the Immigration and Nationality Act), and that al Qaeda had engaged and was engaging in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of Title 18, United States Code, Section 2339B.

(Title 18, United States Code, Sections 2339B and 3238.)

## COUNT TWO

Providing And Attempting To Provide Material
Support Or Resources To A Foreign Terrorist Organization

The Grand Jury further charges:

3. From at least in or about January 2004, up to and including on or about May 2006, in an offense begun out of the jurisdiction of any particular State or district of the United

States, SYED HASHMI, a/k/a "Fahad," the defendant, and others known and unknown, at least one of whom was first brought to and arrested in the Southern District of New York, unlawfully and knowingly did provide and attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, property, tangible and intangible, and service, including currency and other physical assets, to a foreign terrorist organization, to wit, al Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and has remained so designated through and including the present time, in that SYED HASHMI, a/k/a "Fahad," a United States citizen, provided military gear to others not named as defendants herein who transported it to al Qaeda associates in South Waziristan, Pakistan, knowing that al Qaeda was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that al Qaeda had engaged and was engaging in terrorist activity (as defined in Section 212(a)(3)(B) of the Immigration and Nationality Act), and that al Qaeda had engaged and was engaging in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

(Title 18, United States Code, Sections 2339B, 2 and 3238.)

## COUNT THREE

### Conspiracy To Make Or Receive A Contribution Of Funds, Goods, Or Services To, And For The Benefit Of, Al Qaeda

The Grand Jury further charges:

4. From at least in or about January 2004, up to and including on or about May 2006, in an offense begun out of the jurisdiction of any particular State or district of the United States, SYED HASHMI, a/k/a "Fahad," the defendant, a United States person, unlawfully, willfully, and knowingly violated a regulation issued under Chapter 35 of Title 50, United States Code, to wit, SYED HASHMI, a/k/a "Fahad," the defendant, along with others known and unknown, did combine, conspire, confederate, and agree together and with each other to make and receive a contribution of funds, goods, and services to, and for the benefit of, al Qaeda, a specially designated terrorist organization, by agreeing with others to provide military gear to al Qaeda to be used by al Qaeda to fight against United States forces in Afghanistan.

(Title 50, United States Code, Section 1705(b); Title 31, Code of Federal Regulations, Sections 595.204 & 595.205.)

## COUNT FOUR

### Making Or Receiving A Contribution Of Funds, Goods, Or Services To, And For The Benefit Of, Al Qaeda

The Grand Jury further charges:

5. From at least in or about January 2004, up to and including on or about May 2006, in an offense begun out of the jurisdiction of any particular State or district of the United States, SYED HASHMI, a/k/a "Fahad," the defendant, a United States person, unlawfully, willfully, and knowingly violated a regulation issued under Chapter 35 of Title 50, United States Code, to wit, HASHMI, along with others known and unknown, attempted to and did provide military gear to al Qaeda to be used by al Qaeda to fight against United States forces in Afghanistan.

(Title 50, United States Code, Section 1705(b); Title 31, Code of Federal Regulations, Sections 595.204 & 595.205; and Title 18, United States Code, Section 2.)


_____          _____
FOREPERSON                          LEV L. DASSIN
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SYED HASHMI,

Defendant.

### INFORMATION

08 Cr.

(18 U.S.C. 2339 and 15 USC 1705)

LEV L. DASSIN
Acting United States Attorney.

*[signature]*

1/29/09

*[handwritten: Superseding Indictment Filed.]*

*Fox, M.J.*