1    5B23PARH                    Hearing

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

3    ------------------------------x

4    UNITED STATES OF AMERICA,

5              v.                          03 CR 1197 (SHS)

6    UZAIR PARACHA,

7                   Defendant.

8    ------------------------------x

9                                     New York, N.Y.
                                      November 2, 2005
10                                    9:45 a.m.

11
     Before:
12
                     HON. SIDNEY H. STEIN,
13
                                      District Judge
14

15                        APPEARANCES

16   MICHAEL J. GARCIA
          United States Attorney for the
17        Southern District of New York
     ERIC B. BRUCE
18   KARL METZNER
          Assistant United States Attorneys
19
     ANTHONY L. RICCO
20   EDWARD D. WILFORD
          Attorneys for Defendant
21

22

23

24

25

HA 08915

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16      EVAN KOHLMANN,

17          called as a witness by the Government,

18          having been duly sworn, testified as follows:

19      DIRECT EXAMINATION

20      BY MR. BRUCE:

21      Q.  Mr. Kohlmann, do you have a college degree?

22      A.  Yes, I do.

23      Q.  Where did you do your undergraduate studies?

24      A.  I went to undergraduate at the Edmund A. Walsh School of

25      Foreign Service at Georgetown University in Washington D.C.

HA 08916

5B23PARH                    Kohlmann - direct

1    Q.  Can you describe what the focus of the program is at the

2    School of Foreign Service in Georgetown?

3    A.   The Edmund A. Walsh School of Foreign Service was

4    established to help Americans learn about the world at large to

5    promote the study of international relations and foreign

6    policy.  Even for undergrads at a graduate level.   Particularly

7    areas of the world that have heretofore been ignored by other

8    academic institutions.

9    Q.   And what is your undergraduate degree in?

10   A.   I majored in international politics with a focus on

11   international securities studies.

12   Q.   Did you have a minor or the equivalent of a minor?

13   A.   Yeah.  The School of Foreign Service does not offer minor

14   programs per se.  However in its place they offer what are

15   known as certificate programs.  Specific programs which are

16   geared towards goals of the School of Foreign Service.

17              One of those certificate programs is known as a

18   certificate in Islam and Muslim Christian understanding that is

19   given by a center at the School of Foreign Service named the

20   Center for Muslim and Christian Understanding.  I did receive a

21   certificate in Islam and Christian understanding.

22   Q.   Can you briefly describe your activities within the Center

23   for Muslim Christian Understanding?

24   A.   Sure.  In addition to the course work that I was required

25   to take as part of my certificate program, I additionally had

HA 08917

5B23PARH                    Kohlmann - direct

1   to complete a cap stone thesis that was subject to the approval

2   of one of the program's directors, in my case Dr. John Voll.

3   Q.   And what's the goal or the focus of the Center for Muslim

4   Christian Understanding?

5   A.   Well, the hope is to promote good relations between the

6   Muslim and Christian worlds, to help non-Muslims better

7   understand the Islam and Muslim world at large.

8   Q.   You indicated you did a thesis in connection with the

9   studies at the center?

10  A.   That's correct, yeah.  I wrote a cap stone thesis for

11  Dr. John Voll.

12          THE COURT:   What's a cap stone thesis?

13          THE WITNESS:   Sure.  As part of the certificate

14  program, students are required to write a final thesis at the

15  end on a subject of their own choosing, subject to the approval

16  of a faculty mentor, one of the directors of the program.

17          My thesis was on the subject of early 20th century

18  religious and political development in Afghanistan,

19  particularly the reign of King Amanullah Khan.

20  Q.   And after you wrote the -- the thesis was written as part

21  of your development of this minor program?

22  A.   In order to receive the certificate you must write the

23  thesis, yes.

24  Q.   You did receive the certificate?

25  A.   Yes, I did.

HA 08918

5B23PARH                    Kohlmann - direct

1   Q.  Okay.  In addition to the Center for Muslim Christian

2   Understanding, are you familiar with something at Georgetown

3   called the Center for Contemporary Arab Studies?

4   A.  Yeah.  As part of the School of Foreign Service mission,

5   particularly with regards to Middle East education, with

6   regards to Middle East, there is a second center at the School

7   of Foreign Service known as the Center for Contemporary Arab

8   Studies, in short CCAS.  The center was established to help

9   spread knowledge of the Arab world, the Arab language, Arab

10  culture.  And to provide students that would not ordinarily get

11  the opportunity to get that kind of exposure.  It's regarded

12  generally as one of the top institutions with regards to Middle

13  East study in the entire country.

14  Q.  Did you participate at all in the Center for Contemporary

15  Arab Studies?

16  A.  Yes, I did.

17  Q.  Can you explain how?

18  A.  Well, in addition to numerous courses that I took from

19  professors and at the center, I also served as an undergraduate

20  research assistant for Dr. Manoun Fandi, who is an Egyptian

21  political scientist who was formerly associated with the

22  center.

23  Q.  And did you take any course work with Dr. Fandi?

24  A.  Yes, I did.  I took numerous courses with him, in addition

25  again I served as his research assistant.

HA 08919

5B23PARH                         Kohlmann - direct

1    Q.  As his research assistant, what type of research did you do

2    for Dr. Fandi?

3    A.  Well, at the time I was working for Dr. Fandi, he was

4    completing his work on his book, Saudi Arabia Politics of

5    Dissent.  Primarily the work I was doing both in class and

6    separately for him revolved around Middle Eastern dissident

7    groups, particularly Saudi dissident groups, including figures

8    such as Osama bin Laden, Dr. Mohammed al Masri, and Dr. Saad al

9    Faqih.

10   Q.  Now, did that research also involve the group known as al

11   Qaeda?

12   A.  Yes, it did.  One of the chapters of Dr. Fandi's book is

13   specifically dealing with Osama bin Laden and his propaganda

14   and international political structure beyond the borders of

15   Saudi Arabia and Afghanistan.

16   Q.  Did you participate in that research regarding al Qaeda?

17   A.  Yes, I did.  I wrote several papers for him.  I helped

18   proofread parts of the book.  I read a -- I got a prerelease

19   copy of the book.  So that was the main focus of my work.  I

20   also did other work on Middle Eastern dissident groups with

21   him.

22   Q.  While you were at Georgetown, did you receive any awards?

23   A.  Yes.

24   Q.  What awards did you receive?

25   A.  I received magna cum laude in my studies.  In addition in

HA 08920

5B23PARH                    Kohlmann - direct

1    my major I graduated with international politics honors.

2    Q.   In addition to those awards, were you nominated for any

3    other awards at Georgetown?

4    A.   Yes.   The administration of the School of Foreign Service

5    nominated me to be a Rhodes Scholar nominee.

6    Q.   You mentioned before in connection with the Center for

7    Christian Muslim Understanding the thesis you did in pursuit of

8    that program?

9    A.   That's correct.

10   Q.   In addition to the thesis, did you write any other thesis

11   papers during your undergraduate studies?

12   A.   Yes.

13   Q.   How many additional thesis papers did you write?

14   A.   Two.

15   Q.   Okay.   Can you tell us about the first of those two

16   additional thesis papers you wrote?

17   A.   While at Georgetown, I decided that I wanted to engage in a

18   more in depth academic study of Afghanistan and how the Taliban

19   and other mujahideen movements had resulted as a result of the

20   Afghan Soviet war.

21            I approached a professor, I volunteered -- excuse me.

22   I approached a professor at the School of Foreign Service, and

23   I asked him to be my mentor and he did volunteer.   So I ended

24   up writing a research seminar thesis on this topic, titled "A

25   Bitter Harvest, the Soviet Intervention in Afghanistan."

HA 08921

5B23PARH                    Kohlmann - direct

1    Q.   Just a thumbnail sketch, can you tell us what the thesis of

2    that paper was.

3    A.   Sure.  I was attempting to trace the modern political

4    development of Afghanistan and trace the origins of the modern

5    Taliban movement, how the Soviet Afghan war of the 1980s had

6    resulted in creation of, number one, Osama bin Laden and the

7    Arab Afghan movement; and number two, the Taliban movement in

8    Afghanistan.

9    Q.   You mention a term Arab Afghans.  Can you describe for us

10   what you mean by that term?

11   A.   Yeah.  The Arab Afghans is a term in the Western discourse

12   that's come to refer to foreign fighters who traveled to

13   Pakistan and Afghanistan during the 1980s and early 1990s

14   seeking combat training to fight both against Soviet forces in

15   Afghanistan, communist forces in Afghanistan, and potentially

16   other enemies of the Islamic empire.

17   Q.   When you did this research for the thesis paper you're

18   describing, entitled A Bitter Harvest, was that an existing

19   program at the School of Foreign Service?

20   A.   No.  I actually had to seek out professors to do this with.

21   There's obviously opportunities for independent study and this

22   area was one that was not very well covered by most academic

23   institutions, so I actually had to create my own area of focus.

24   Q.   In what way did that thesis paper, A Bitter Harvest, touch

25   on al Qaeda?

HA 08922

5B23PARH                    Kohlmann - direct

1   A.  Specifically I was looking at the creation of how extremist

2   forms of religion and politics had entered into Afghanistan.

3   Not only did I trace the development of the Taliban, I also

4   traced the arrival of foreign fighters in Afghanistan, their

5   organization, their development, their goals, and how they had

6   interacted with local Afghan elements after the end of the

7   Soviet Afghan jihad.

8   Q.  I want to turn to the third thesis project you worked on.

9   What was that entitled?

10  A.  The third thesis project that I worked on was my

11  international politics honors thesis at Georgetown.  It was

12  titled The Legacy of the Arab Afghans, A Case Study.

13  Q.  Can you just in a thumbnail sketch briefly give us a

14  description of that thesis paper.

15  A.  Sure.

16  Q.  Slowly.

17  A.  Georgetown University offers a small number of

18  opportunities each year, undergraduate students have an

19  opportunity to write a longer thesis, a year-length thesis.

20  Again, only a handful of students are approved for this.

21         I chose to write mine about the Arab Afghans.  The

22  idea behind this was initially to set out who are the Arab

23  Afghans, where did they come from, what is their organization,

24  who are their leaders.  Then subsequent to that taking four

25  countries where either Arab Afghans have come from or gone to

HA 08923

5B23PARH                    Kohlmann - direct

1    in large numbers.  And comparing the activities in those

2    different countries, structure of local al Qaeda affiliates and

3    al Qaeda leaders, and trying to divine why in certain countries

4    al Qaeda and other affiliate groups have achieved relative

5    success, while in others they have achieved relative failure.

6    And try to figure out what are the reasons behind that.

7    Q.  Now, these three thesis papers that you have been

8    discussing, were they peer reviewed or reviewed by your

9    professors at all at Georgetown?

10   A.  Yes, they were.  All of them.

11   Q.  Can you briefly describe that process.

12   A.  Sure.  Again for starting off with the certificate program

13   at the Center for Muslim Christian Understanding, that is a

14   program, again not everyone is a allowed to participate in it.

15   You have to be specifically approved.  You have to write an

16   application to be approved into the program.

17          Then following that, when you do end up writing your

18   cap stone thesis paper, it has to be reviewed and approved by a

19   senior member of the faculty of the center.  So in my case it

20   was Dr. John Voll.

21          With regards to my second my research seminar thesis,

22   again in order to write that paper, I had to first of all get

23   approval of a faculty mentor who would agree to review the

24   paper and judge it based on its research and my conclusions.

25   And of course that was done.  And again, in order for that

HA 08924

5B23PARH                        Kohlmann - direct

1  paper to be approved, it had to be read by I think at least two

2  professors.

3          With regard to my final thesis, my international

4  politics honors thesis, not only did I have to apply to have

5  that, to actually have the opportunity to write it, but in

6  addition, upon completion, it's actually reviewed by a series

7  of faculty members.  My faculty mentor and other senior faculty

8  members at the School of Foreign Service, to determine whether

9  or not it is a paper worthy of being titled a Georgetown

10 University honors thesis.

11 Q.  Was it approved in that manner?

12 A.  Yes, it was.

13 Q.  Do you have any graduate degrees, sir?

14 A.  Yes, I do.

15 Q.  What is your graduate degree in?

16 A.  I have a J.D. from the University of Pennsylvania Law

17 School.

18 Q.  Now, while you were in law school, did you take any classes

19 pertaining to issues of terrorism or national security?

20 A.  Yes, I did.

21 Q.  Can you describe those for us?

22 A.  Within the law school itself I took several courses dealing

23 with terrorism and modern international law.  In addition to

24 that, within the university itself, within the University of

25 Pennsylvania, care of Professor Brian Spooner, I also did

HA 08925

5B23PARH                    Kohlmann - direct

1    course work on Afghanistan, graduate-level course work on

2    Afghanistan Afghan politics.  I ended up writing a longer paper

3    for Dr. Spooner comparing two Afghan mujahideen war lords.

4    Q.  When you say -- that's another term I want to define.  You

5    used the term mujahideen.  What does that term mean?

6    A.  Mujahideen is an Arabic word which means loosely holy

7    warriors or holy strugglers.  It comes from the root word

8    jihad.

9    Q.  When you use the term to describe a group of people, who

10   are those people?

11   A.  Generally when I speak about mujahideen I'm referring to

12   the Arab Afghans or linked affiliate groups.

13   Q.  A derivative of that word, mujahid; what does that term

14   mean?

15   A.  Mujahid is a singular for mujahideen.  It is a singular

16   holy warrior.

17   Q.  Sir, are you familiar with an organization known as the

18   Investigative Project?

19   A.  Yes, I am.

20   Q.  Can you tell us what the Investigative Project is?

21   A.  The Investigative Project is a counter-terrorism think tank

22   and research group that was established in 1995 by a former

23   journalist who had done a documentary about terrorism and who

24   sought to help sponsor further academic research on the subject

25   of terrorism.

HA 08926

1    Q.  Just slow down for the court reporter a little bit.

2    A.  No problem.

3    Q.  When you use the term think tank, what does that mean?

4    A.  A think tank is a rough term to refer to a research

5    institution generally specializing in the kind of academic

6    research that's not profitable, but it's useful.  So for

7    nonprofit purposes, we research this, we go into extreme

8    detail, into esoteric detail that few are interested in, but we

9    believe is valuable for the purposes of history and for

10   education.

11   Q.  And once you research an issue at the Investigative

12   Project, what generally do you do with it; what types of things

13   come from that?

14   A.  Well, after conducting my research I would then collate all

15   of that into a final memorandum, a report, a testimony, and

16   then that document would be subsequently distributed to a wide

17   audience.  Anything from policy makers in Washington D.C. to

18   other academics to law enforcement and government officials to

19   the public at large.  Anyone who will benefit from the study of

20   terrorism.

21   Q.  Now, did you work at the Investigative Project?

22   A.  Part-time, yes, I did.

23   Q.  From what year to what year did you work at the

24   Investigative Project?

25   A.  I began working in approximately 1998, in early 1998.

HA 08927

5B23PARH                    Kohlmann - direct

1    Again, I was full a full-time student at the time both in
2    Georgetown University and subsequently at the University of
3    Pennsylvania.   However, during that time I worked straight
4    through until about early 2004.
5    Q.   When you say you worked there part-time, give us your best
6    estimate of approximately how many hours per week you worked at
7    the Investigative Project?
8    A.   It would vary given what my exam schedule and whatnot.
9    Generally speaking between 20 and 25 hours per week.
10   Q.   What were the different titles or positions that you held
11   at the Investigative Project over that roughly six year time
12   frame?
13   A.   Well, over six years my titles changed.   The last title I
14   had when I left the Investigative Project was senior terrorism
15   consultant.
16   Q.   Did your work at the Investigative Project focus on any
17   particular terrorist organization?
18   A.   Yes, I did work on ancillary groups like Hamas and others,
19   but the main focus of my work over those years was on al Qaeda
20   and its worldwide affiliates.
21   Q.   And who is the head of the Investigative Group?
22   A.   Former journalist by the name of Steve Emerson.
23   Q.   While you were working, I'm sorry, at the Investigative
24   Project, what type of things did you research?
25   A.   I researched a wide variety of elements relating to

HA 08928

5B23PARH                    Kohlmann - direct

1    terrorism, primarily those of recruitment and financial

2    networks that al Qaeda had made use of.  Al Qaeda's leadership,

3    structure, their ideology, their history, going into the kind

4    of detail that very few academics had done before but to

5    analyze it at a minute level.

6    Q.  What types of sources did you use to do this research?

7    A.  Well, I deal primarily in open source information.

8    Q.  Can you define for us what you mean by open source

9    information.

10   A.  Open source information refers to non-classified documents.

11   It could be government documents in the form of trial

12   transcripts, FBI interviews and whatnot, but documents that are

13   generally considered in the public domain.  Those would also

14   include reports by other experts and other academics, original

15   material gathered directly from terrorist groups.  One of the

16   specialties that I work on is gathering video and audio and

17   communiques directly from terrorist groups.

18   Q.  Could you describe that process a little bit.  How do you

19   go about obtaining materials directly from terrorist groups?

20   A.  Sure.  Well, starting obviously as a focus of study the

21   recruitment and financial networks of terrorist groups, you

22   also come into their propaganda outlets.  Propaganda by these

23   groups are spread primarily through two means, either through

24   bookstores in Europe or in Pakistan, or secondly through the

25   Internet.

HA 08929

5B23PARH                    Kohlmann - direct

1           I established relationships with several publications

2    outlets in the United Kingdom where I was able to obtain quite

3    a bit of al Qaeda or affiliated literature.  Additionally

4    through the Internet I've collected hundreds upon hundreds of

5    videos and audio recordings directly released by terrorist

6    groups.

7    Q.  Now, in addition to the open sources you've described so

8    far, do you use any computer databases to gather information?

9    A.  Yes, I do.

10   Q.  Can you describe those for us?

11          THE COURT:  When you indicate that you have hundreds

12   and hundreds of videos and audios, directly from terrorist

13   groups, I take it a certain number of those are from al Qaeda;

14   is that correct?

15          THE WITNESS:  Yes, your Honor.  Virtually all of them

16   are.

17          THE COURT:  Virtually all of them are?

18          THE WITNESS:  Well, there are groups that call

19   themselves al Qaeda's committee in the Arabian Peninsula or in

20   Mesopotamia.  These groups are considered to be al Qaeda

21   groups.  They swear allegiance to Osama bin Laden.  These are

22   the primary sources of these audio recordings.

23          THE COURT:  Thank you.

24          THE WITNESS:  Thank you, your Honor.

25   Q.  We were talking about the databases, computer databases you

HA 08930

5B23PARH                    Kohlmann - direct

1    use also.  Can you describe that a little bit.

2    A.   Sure.  To do open source research, obviously computer

3    databases are extremely useful.  One such database is Lexis

4    Nexis, which contains a wide variety of information relating to

5    a lot of subjects.  It's quite useful.

6            Second of all, the Foreign Broadcast Information

7    Service, which is an open source information arm of the Central

8    Intelligence Agency, publishes quite a bit of information

9    online and it is searchable through their index.

10           I also use my own index, since about 1998, I've been

11   collecting thousands upon thousands upon thousands of

12   documents.  I have a wide database that's searchable by key

13   words.  The database now contains I think over 20 million

14   documents.

15           THE COURT:  Is that available publicly or is that

16   proprietary?

17           THE WITNESS:  That's proprietary, your Honor.

18   Q.   How do you maintain that your own database of information?

19   A.   I actually, I maintain it myself by saving materials.  But

20   I have a very detailed organizational system.  Specifically so

21   I can maintain things like chains of custody in terms of when I

22   received original information.  I will also have original

23   documents that are in other languages translated into English

24   so they're then searchable, and I have software which is able

25   to instantly search through all of these documents looking for

HA 08931

5B23PARH                     Kohlmann - direct

1  key words, the same way you would use Lexis Nexis, only with my

2  own collection of internal documents related to terrorism.

3           THE COURT:  You said contains millions of documents?

4           THE WITNESS:  Yes, your Honor, yeah.

5           THE COURT:  Does that include both primary source

6  material and secondary source material?

7           THE WITNESS:  Yes, your Honor.  Everything is in its

8  original format so it's very clearly labeled what the source

9  is.  It makes it very easy because I tend to like to footnote

10 everything I do very meticulously.  This enables us to do

11 footnotes.  It is very easy to identify documents and where the

12 information comes from.

13 Q.  Once you've done your research on a particular project, you

14 indicated earlier a little bit how it's disseminated.  I want

15 to talk specifically about dissemination to government

16 agencies?

17 A.  Sure.

18 Q.  While you were at the Investigative Project, what

19 government agencies did you provide information to or work

20 with?

21           MR. WILFORD:  I'm sorry, your Honor.  Is Mr. Bruce

22 referring to his individual provision or the Investigative

23 Project provision?

24           MR. BRUCE:  I'll clarify.

25 Q.  You personally, sir, what government agencies did you work

HA 08932

5B23PARH                    Kohlmann - direct

1   with while you were employed at the Investigative Project?

2   A.   Well, obviously we worked informally, but we provided

3   informal assistance or I -- excuse me, I provided personally

4   informal assistance to the Department of Justice, the Federal

5   Bureau of Investigation, the National Security Council, U.S.

6   Treasury Department, the Department of Homeland Security.

7              THE COURT:   Just a moment.

8              THE WITNESS:   Sorry.

9   Q.   Let's go through them slowly for the judge.   The Department

10  of Justice?

11  A.   The FBI, the DOJ, the National Security Council, the

12  Department of Homeland Security, the U.S. Treasury Department,

13  the Bureau of Immigrations and Customs Enforcement, local law

14  enforcement, state law enforcement, and additionally the NCTC.

15  Q.   What is the NCTC?

16  A.   The NCTC is the research and analysis arm of the Central

17  Intelligence Agency.

18  Q.   When you were working with this variety of government

19  agencies, and you're presenting them with some of your research

20  and your work product, did you ever get feedback from them on

21  your analysis?

22  A.   Yes, I did.

23  Q.   Just generally describe that process; how would that work?

24  A.   Sure.   Whether I'm dealing with, you know, a government

25  agency or not, any potential recipient of a document of mine, I

HA 08933

5B23PARH                     Kohlmann - direct

1   frequently ask them for their opinion to see what they think of

2   the document.  Part of this is a learning process, it's

3   educational.  So peer review is an integral part.  Obviously

4   some government agencies have access to information I don't, so

5   opinions of government policy makers or people that have an

6   inside view is extremely valuable in reaching my conclusions,

7   yes.

8   Q.   Since you've left the employ of the Investigative Project,

9   how have you been employed?

10  A.   I actually pretty much do the same thing that I did at the

11  Investigative Project, only now I work independently as a

12  consultant to private groups.  I also work as an on air analyst

13  for NBC News, MSNBC.

14  Q.   Let's go back for a minute to your work as consultant for

15  private groups.

16  A.   Sure.

17  Q.   What types of private groups do you do consulting for?

18  A.   I work as a researcher and investigator for the 9/11

19  Finding Answers Foundation and NEFA Foundation was set up as a

20  nonprofit group to help fund independent private

21  counter-terrorism research.  I also do work for government

22  agencies, I'll do work for foreign clients, anyone with an

23  interest in this.  But particularly I do work with prosecutors

24  and you know those involved in investigating these cases.

25  Q.   In law enforcement?

HA 08934

5B23PARH                    Kohlmann - direct

1    A.  Yeah, law enforcement, sure.

2    Q.  Now --

3            THE COURT:  What entities have you been a consultant

4    for?

5            THE WITNESS:  Sure.  The NCTC, the Department of

6    Justice, the FBI, and outside of the United States, the Supreme

7    Court of Bosnia Herzegovina and the International Criminal

8    Tribunal for the former Yugoslavia at the Hague.

9            THE COURT:  These are entities that have retained you?

10           THE WITNESS:  That's correct.

11           THE COURT:  As a consultant.

12           THE WITNESS:  That's correct.  And excuse me.

13   Additionally, the Metropolitan Police Antiterrorism Unit in

14   London.

15   Q.  Now, in connection with your current employment, do you

16   operate a Web site?

17   A.  Yes, I do.

18   Q.  What is the Web site?

19   A.  The Web site is globalterroralert.com.

20   Q.  And can you describe the Web site for us.

21   A.  Sure.  When I went independent I decided that I needed a

22   place on the Internet in order to disseminate information to

23   operate as an information clearing house on Internet terrorism.

24   I felt that despite the fact that terrorism was a major issue

25   in the news and for policy makers, there was a derth of

HA 08935

1   original information about terrorist groups.  Not just

2   analysis, but original audio recordings, video recordings,

3   communiques, the kind of material that are very important for

4   not just policy makers, but for the American public at large.

5           I set the Web site up in order to help distribute that

6   kind of information.  Obviously edited it, to try to remove

7   some of the terrorist propaganda value out.  But nonetheless so

8   people could learn more.  When I say people, I refer here to

9   government agencies, I refer to educators, I refer to the

10  public at large.

11  Q.  Now, when you say that your Web site focuses on original

12  materials, why do you consider that important?

13  A.  Well, because of the fact that original materials I think

14  tell us more about terrorist groups than virtually anything

15  else.  Hearing someone in their own words describe their

16  activities and their interests is much more compelling and I

17  think speaks much more to the goals and ideology of the

18  movement than reading intelligence reports or secondhand

19  information.  Very, very few researchers have been able to get

20  their hands on original materials relating to terrorist groups.

21  It's not that easy.  I have had the benefit in the sense that

22  many of the ways that terrorist groups had decided to

23  disseminate their material, have been means which I understand

24  well.  Such as the Internet.  It's given me something of a leg

25  up inspect that regard.

HA 08936

5B23PARH                    Kohlmann - direct

1    Q.   In your current capacity as an independent consultant, has

2    your work focused on any particular terrorist organization?

3    A.   Yeah.   I mean, al Qaeda.   Al Qaeda is a wide organization

4    and encompass a lot of different affiliates, but al Qaeda and

5    other groups related to Afghan jihad of the 1980s.

6    Q.   The work you've done with the Web site, in your opinion, is

7    that peer reviewed in any way?

8    A.   Yes, it is.

9    Q.   How so?

10   A.   Well, everything that I put on there obviously is.   One of

11   the wonderful things about the Internet is it's subject to

12   review.   It can be edited.   When I put things out on the net

13   before they are put out generally, they are reviewed by other

14   colleagues of mine.   For after doing this for seven or eight

15   years, I've amassed a wide variety of colleagues around the

16   world, people like Dr. Rohan Gunaratna in Singapore, people

17   like John Charles Brisard in France.   There are people

18   virtually all the world that do the same thing.   If they come

19   up with something that either adds to my work or changes it or

20   in any way affects it, I'll often post an update where I'll say

21   for information purposes or for full disclosure, you should

22   also check out this and this by my colleagues here and here who

23   have also done work on this subject and this is what they have

24   found.   You know this is -- we generally work like academics.

25   We work like almost like university academics that peer review

HA 08937

5B23PARH                    Kohlmann - direct

1    is very important.

2    Q.   When you say you post updates, you do that on your own Web

3    site?

4    A.   Yeah.  Or on the counter-terrorism blog which is another

5    Web site I am affiliated with.

6              THE COURT:  Let me try to understand the nature of the

7    peer review you're talking about.  When you say peer review, I

8    gather what you mean -- I don't want to put words in your

9    mouth, I think this is what you mean.  Tell me if it isn't.  Is

10   that by virtue of your findings going out of the Internet,

11   they're available for anyone who reads that posting to comment

12   on it.  Is that what you're talking about?

13             THE WITNESS:  Correct.

14             THE COURT:  It's not as if it's a formal jury peer

15   review of an article that I believe happens for the Journal of

16   the American Medical Association or something like that.

17             THE WITNESS:  Right, right.

18             THE COURT:  I assume that happened at Georgetown,

19   based on what you've said.

20             THE WITNESS:  Yes, your Honor.  It's more informal.

21   It's more like having a blackboard, an international blackboard

22   and having different academics writing things on the blackboard

23   and discussing different elements.  What they do, for instance,

24   the counter-terrorism blog which I am a part of, there are

25   often frequent discussions between different members of that

HA 08938

5B23PARH                    Kohlmann - direct

1   blog.   Sometimes agreeing sometimes --

2           THE COURT:  Blog?

3           THE WITNESS:  Blog.

4           THE COURT:  Go ahead.

5           THE WITNESS:  Sometimes disagreements, sometimes

6   agreements, but focusing on a particular area, an academic area

7   of counter-terrorism.  I think it's interesting, although it's

8   raw and although it is not refined the same way that a

9   university, such as my thesis was reviewed, it provides

10  interesting insight into what, you know, current research is

11  going on.  What different people are thinking about that

12  research.  It's kind of cutting edge.

13  Q.  Can you describe for us a little bit about how that process

14  works on the counter-terrorism blog?

15  A.  Sure.  I was chosen to be one of several contributing

16  experts to contribute to this blog.  The blog is a variety of

17  different folks that have expertise in one area or another of

18  terrorism, terrorism financing, terrorism recruitment.  And the

19  idea is to contribute -- it's supposed to be -- it says this

20  flat out on the blog that the purpose is for policy makers, for

21  academics, it is supposed to be not headlines, it's supposed to

22  be more in-depth academic research on terrorism.

23  Q.  What's a blog?

24  A.  It's short for Web log.  It's a closed discussion forum on

25  the Internet where groups of individuals can disseminate

HA 08939

5B23PARH                         Kohlmann - direct

1    material live to the world at large.

2    Q.  On the counter-terrorism blog that you've been discussing,

3    who are some of the other participants and their backgrounds on

4    that blog?

5    A.  Sure.  So other participants include Andy McCarthy who is a

6    former federal prosecutor here in New York who was the

7    prosecutor involved in 1959 New York jihad plots case; also

8    Matthew Leavitt is another individual on there who is a former

9    FBI analyst who now is an expert in Hamas and other Palestinian

10   groups; Zachary Abuza, probably the world's foremost expert on

11   al Qaeda and other militant Islamic groups in South East Asia.

12   He's a friend of mine, but also on the blog.

13            It is a wide variety of experts, with many former

14   government folks or former government officials.

15            THE COURT:  Could Mr. Bruce participate in the blog as

16   well?

17            THE WITNESS:  No.  It's closed.  It's limited to the

18   participants involved.  However, as part of a service to

19   readers, the editor of the blog frequently posts questions or

20   will post issues that have come up or will post directly

21   e-mails to contributors and ask them to address specific issues

22   that have been raised by those who have visited the blog or

23   have commented.

24            THE COURT:  That is only in that context that

25   outsiders can participate; otherwise it's discussion among

HA 08940

1   those who are permitted to have access to this.

2          THE WITNESS:  Correct.  Correct.  You can always

3   e-mail the editor, and those comments are shared with all of

4   the contributors and they're discussed at great length.  But

5   it's closed to participants in the blog, yes.

6   Q.  If I was sitting home at my computer, although I couldn't

7   participate in the blog by posting something on that site,

8   could I read what others have posted?

9   A.  Yeah.  And in addition, the blog maintains a system which

10  allows to track where other people have posted their own

11  messages in regards to our postings.  If you have -- say if I

12  post something online, if I post the document online where it's

13  a report of some kind.  At the end of that if someone wants to

14  post something to attack it or to criticize it or whatnot, they

15  can actually leave what's called a track back.  Which is almost

16  like a note or a Post-it note saying if you want to see what my

17  opinion on this is, go here.  And that is something that's

18  built into the blog, so anyone can technically comment.

19  Comments are not posted directly on the blog.  But there are

20  links directly so people can go and see what other people are

21  reading or saying about what's being written.

22  Q.  So in essence there's sort of a closed portion of the blog,

23  and then there's a more public portion that it's linked to?

24  A.  Right.  It's like saying this is what we say, and if you

25  want to see what other people are saying, this is where you can

HA 08941

5B23PARH                    Kohlmann - direct

1    go to see that.  It's all automatic, it's not controlled.

2    Anyone can leave any kind of track back they want.  So if

3    someone wants to go on and, you know, and scream and yell at

4    us, they can do that, and there will be a listing, regardless

5    what it was they say, for us to go see what they are saying

6    about it.

7    Q.   In the closed portion only certain people have been

8    selected to participate?

9    A.   Yeah.  The idea is to foster serious discussion about

10   counter-terrorism.  There are a lot of people out there that

11   are would-be experts and we try to keep it to people that we

12   know, that there's been a group of people that have done this

13   for a long time.  We've all gotten to know each other.  It's

14   trying to keep it academic.

15   Q.   You mentioned that you also do work as a terrorism

16   consultant for NBC and MSNBC; is that right?

17   A.   That's correct, yes.

18   Q.   What are your duties in that regard?

19   A.   Well, in addition to providing on-air analysis for MSNBC

20   and NBC on issues of terrorism, I also provide them directly

21   with copies of breaking terrorist videos, audio recordings,

22   documents.  Particularly from Iraq, Afghanistan and Saudi

23   Arabia.

24   Q.   Do you ever appear on television with another colleague or

25   expert in the area of terrorism?

HA 08942

5B23PARH                    Kohlmann - direct

1   A.   That's the preferred format is to have me on with another

2   expert, yeah.

3   Q.   How does that work generally?

4   A.   Generally speaking, we're both asked similar questions and

5   we are supposed to play off each other.   Either we're supposed

6   to agree or disagree with each other.   The questions are

7   somewhat general, sometimes specific.   But we are not given any

8   instruction or anything, so people can say whatever they want.

9   If someone disagrees with me, they can feel free to disagree

10  with me.

11  Q.   Now, I want to ask you about the 9/11 Commission.  Did you

12  participate in any way formally or informally in the 9/11

13  Commission and its subsequent report?

14  A.   Yes, informally.

15  Q.   Can you describe that.

16  A.   Sure.   While I was at the Investigative Project, I assisted

17  Congressional researchers and others who were engaged in

18  putting together the report.   I provided them original

19  information; I provided them with analysis.   I also engaged in

20  discussions with them about particular areas of study with

21  regards to both al Qaeda in general and the 9/11 plot in

22  specific.

23  Q.   Is your work cited at all in the final 9/11 Commission

24  report?

25  A.   Yes, it is.

HA 08943

38

5B23PARH                        Kohlmann - direct

1          MR. BRUCE:  If I may approach, your Honor.

2          THE COURT:  Yes.

3          MR. BRUCE:  I believe you have a copy of the exhibits,

4     your Honor.

5          THE COURT:  Yes.  Do you have an extra copy as well

6     for my clerk?  Okay.  Go ahead.

7          MR. BRUCE:  Your Honor, I've handed the witness

8     Government Exhibit 1 for purposes of this hearing.

9     Q.  Mr. Kohlmann, do you recognize that document?

10    A.  Yes, I do.

11    Q.  What is it?

12    A.  These are footnotes to the final version of the 9/11

13    Commission report.

14    Q.  This government exhibit is just a small excerpt of the

15    overall report?

16    A.  Yeah, it's page 467 and 470.

17    Q.  And is your work cited at all amongst these footnotes?

18    A.  Yes, I believe it is cited both on page 467 and 470.

19    Q.  Can you point out the footnotes for us and read the portion

20    where your work is cited?

21    A.  Sure.  Sure.  On footnote 37, the last line of footnote 37

22    for bin Laden's involvement in the Bosnian conflicts, see Evan

23    F. Kohlmann al Qaeda's Jihad in Europe, the Afghan-Bosnian

24    Network, Berg Publishers, 2004.

25    Q.  How about on page 470.  Which footnote are you cited in?

HA 08944

5B23PARH                    Kohlmann - direct

1   A.  On footnote 80, on Balkans --

2   Q.  The last sentence?

3   A.  Yeah, the last sentence.  Reference again to my book al

4   Qaeda's Jihad in Europe.

5   Q.  Could you read it us for us?

6   A.  Sure.  On Balkans, see government's evidentiary proffer

7   supporting the admissibility of coconspirator statements,

8   United States v. Arnaout, and Kohlmann al Qaeda's Jihad in

9   Europe.

10          MR. BRUCE:  Your Honor, I'd offer Government Exhibit

11   1.

12          MR. WILFORD:  May I have just a brief voir dire --

13   I'll save it for cross.

14          THE COURT:  I think it's probably more efficient if

15   you do it that way.  Right now I'll take it.

16          (Government's Exhibit 1 received in evidence)

17   Q.  The footnotes in Government Exhibit 1 in the 9/11

18   Commission report refer to your book?

19   A.  That's correct.

20   Q.  Okay.  And could you give us title of your book again?

21   A.  Sure.  It's al Qaeda's Jihad in Europe, the Afghan Bosnian

22   Network.

23          MR. BRUCE:  I am going to hand the witness with the

24   Court's permission Government Exhibit 2 and Government Exhibit

25   3 also.

HA 08945

5B23PARH                    Kohlmann - direct

1    Q.  Can you take a look at Government Exhibit 2, Mr. Kohlmann.

2    Is that your book?

3    A.  Yes, it is.

4          MR. BRUCE:  I'd offer Government Exhibit 2, your

5    Honor.

6          MR. WILFORD:  No objection.

7          THE COURT:  All right.  2 admitted.

8          (Government's Exhibit 2 received in evidence)

9    Q.  Can you just -- I realize it is a lengthy document.  Can

10   you briefly describe your book for us.

11   A.  Sure.  As a result of conducting research just prior to and

12   following 9/11 and as a result of the academic work I had done

13   as part of my honors thesis at Georgetown, I decide to take it

14   a step further and write a book specifically analyzing a

15   regional conflict zone where al Qaeda and the Arab Afghans had

16   gone to, and try to analyze both the hidden microhistory and

17   what the lessens were, the larger geopolitical lessons that

18   could be drawn.

19          So the book is both a very detailed analysis and

20   breakdown, a very detailed analysis and breakdown of the

21   foreign mujahideen, the foreign holy warriors in the Balkans.

22   Also an analysis of what the subsequent aftereffects of their

23   presence in Bosnia was.  And how that network in the Balkans

24   relates back to the central al Qaeda network in Afghanistan and

25   al Qaeda terrorist cells spread across Western Europe, the

HA 08946

5B23PARH                    Kohlmann - direct

1   United States, and North America.

2           MR. BRUCE:  Just as a footnote, we didn't copy the

3   whole book for you, but it is available.  We do have the table

4   of contents there.

5           THE COURT:  I see.

6   Q.  Mr. Kohlmann, what type -- how would you characterize your

7   book; what type of publication is it?

8           MR. WILFORD:  Objection.

9           THE COURT:  Sustained as to form.  Just be more

10  specific.

11  Q.  Certainly.  Who is the intended audience for your book?

12  A.  Well, it's Oxford University Press.  So it's a university

13  publisher, which means it is an academic book.  It is designed

14  primarily for use in classrooms, by academics, by other

15  experts.  It is not a general reading book.  It is pretty thick

16  and it is pretty detailed.  There's over 400 footnotes.

17          THE COURT:  Who is Berg Publishing?

18          THE WITNESS:  Berg is an imprint of Oxford University

19  Press.

20  Q.  Was your book, Government Exhibit 2, peer reviewed in any

21  way before it was published?

22  A.  Yes, it was.  My book was -- Berg, the imprint of Oxford,

23  is located in the United Kingdom which means the book is

24  subject to British liable law, which means in addition to the

25  lengthy peer review process that is normally afforded to

HA 08947

5B23PARH                    Kohlmann - direct

1   academic books and was afforded to this one, in which numerous

2   experts around the world were given copies and asked to review

3   it, including members of prestigious counter-terrorism programs

4   in the United Kingdom, in addition --

5   Q.  Let me just be clear.  That process did occur with respect

6   to your book?

7   A.  It's actually called peer review.  The academic publishers

8   won't publish any book without having it thoroughly reviewed by

9   other academics first.  Even in the United States --

10          THE COURT:  For what purpose?  For purposes of liable

11  or for another purpose?

12          THE WITNESS:  That was -- no, that was a secondary

13  issue.  The first issue was to make sure the book itself was

14  worthy of being an academic work, that the research was

15  accurate, that it was consonant with what others had found and

16  it reflected truth on the ground.  And numerous experts have

17  had a chance to review this based on content, and even those

18  who are Balkan experts, people that are specifically Balkans,

19  not necessarily terrorism, such as Marko Attila Hoare, have

20  given high praise to the book.

21          But separately, your Honor, there was also a secondary

22  process.  Because of the fact that the book is subject to

23  British liable law, that the book had to be carefully read by a

24  liable lawyer, by myself, and others to make sure that

25  everything was carefully footnoted and the evidence contained

HA 08948

1    therein was correct.

2    Q.   Now, during the course of your career, have you written any

3    articles on terrorism issues and al Qaeda?

4    A.   Yes, I have.

5    Q.   Can you give us an estimate of approximately how many?

6    A.   Sure.  I have written probably two dozen or so articles or

7    various pieces on terrorism.  Sometimes they range from shorter

8    pieces, such as what I did in the beginning back in 1999 in the

9    Journal of Counter-Terrorism.  Most of what I write in the form

10   of terrorism pieces is longer journal articles, chapters for

11   books edited by other colleagues of mine, other folks involved

12   in studying terrorism.

13   Q.   I'd ask you to turn to Government Exhibit 3, Mr. Kohlmann.

14   Do you recognize that document?

15   A.   Yes, I do.  It's the Fall 2005 edition of the Journal of

16   International Security Affairs.

17   Q.   Okay.  Can you describe for us what the Journal of

18   International Security Affairs is.

19   A.   It's an academic journal for designed for individuals who

20   want to publish longer scholarly pieces specifically on

21   security affairs.  This issue is titled The War on Terror

22   Future Fronts.  So the idea is it is supposed to be kind of

23   like foreign policy.  It is sold in some newsstands.  It is the

24   kind of thing you would find in a university library or some

25   kind of academic institution.

HA 08949

5B23PARH                        Kohlmann - direct

1   Q.   Now, obviously according to the front page you were

2   recently published in this journal?

3   A.   Yeah, I just contributed an article to the fall edition.

4   Q.   Called the Balkan Breeding Ground?

5   A.   That's correct.

6   Q.   Can you briefly describe, again in a nutshell, that article

7   for us.

8   A.   Sure.  That article was meant to serve as somewhat of an

9   update to my book.  It contained various references to new

10  developments with regards to al Qaeda and affiliate groups in

11  the Balkans, and was also a reflection of my experiences being

12  in the Balkans earlier this year and doing direct field

13  research studying North African and Saudi militants in the

14  Balkans.

15          MR. BRUCE:  I offer Government Exhibit 3, your Honor.

16          MR. WILFORD:  No objection.

17          THE COURT:  Admitted without objection.

18          (Government's Exhibit 3 received in evidence)

19  Q.   Now, Mr. Kohlmann, was this particular article subject to

20  any type of peer review either before or after it was

21  published?

22  A.   Yeah.  The article was heavily reviewed by the editor of

23  the magazine.  It was sent back to me twice for different

24  revisions or with questions or with, you know, just requests

25  for me to flesh out details.

HA 08950

5B23PARH                    Kohlmann - direct

1           The article was -- yeah, it was heavily reviewed

2    before being published

3    Q.   Once it's published, is it subject to any further review or

4    discussion?

5    A.   Sure.   I mean, the purpose of this is to generate academic

6    discussion.   The purpose of this is to get other people that

7    are engaged in detailed studies of the subject to talk about

8    what are the future -- the future training grounds.   This is

9    not meant to be a general reading piece.   Each of these

10   articles are 20 to 25 to 30 pages long.   They are really meant

11   to be for policy makers or others with a detailed knowledge of

12   this stuff.

13   Q.   Have you recently contributed to any other publications

14   regarding terrorism issues that are due to be released any time

15   soon?

16   A.   Yes, I have.

17   Q.   Can you describe that for us?

18   A.   Sure.   I contributed a chapter to Dr. James Forest Making

19   of a Terrorist, which is a multivolume encyclopedia about to be

20   released next week by Dr. Forest, a West Point Academy

21   professor who deals with military strategy.   And who was

22   commissioned to write that multivolume encyclopedia about the

23   making of a terrorist.   One of the chapters I contributed.

24   Q.   What is the idea behind that publication, The Making of a

25   Terrorist?

HA 08951

1   A.   Again, it is multivolume encyclopedia.  It's not a general

2   reading book.  The idea is for those who are engaged in the

3   study of terrorism, of extremism, to get a comprehensive view

4   from A to Z literally of how terrorists are brought into

5   movements, how they're recruited, how they're financed, how

6   they're sent out, not just in one conflict zone, but multiple

7   conflict zones and multiple areas around the world with a

8   specific focus I believe on al Qaeda.

9   Q.   You contributed a chapter to that encyclopedia?

10  A.   That's correct.  Dr. Forest contacted me and requested I

11  contribute a chapter.

12  Q.   Can you briefly describe the chapter you contributed?

13  A.   Sure.  The chapter I contributed reflected on how the

14  Balkans had served as a breeding ground for extremism in Europe

15  and how terrorist cells in the 1990s have had direct links back

16  to the Bosnian war of the 1990s.

17  Q.   Can you tell us who the intended audience is for that

18  encyclopedia?

19  A.   It's academic audience.  I believe the primary folks that

20  are going to be purchasing it are going to be libraries,

21  university libraries.  It is being produced by a West Point

22  professor, so it is not general reading.

23  Q.   Was your work on that encyclopedia, The Making of a

24  Terrorist, peer reviewed or reviewed in any way?

25  A.   Yes, it was.  In addition to Dr. Forest obviously reading

HA 08952

5B23PARH                       Kohlmann - direct

1    it, offering his comments and whatnot, the university -- rather

2    the publisher itself also I believe distributed these documents

3    to other people and tried to gauge their reaction and what they

4    thought of the general tone.

5              THE COURT:  Who is the publisher?

6              THE WITNESS:  I actually believe it is Pregger Press,

7    but I am not sure off the top of my head, your Honor.

8    Q.  In addition to the encyclopedia you've been discussing,

9    have you recently contributed to any other projects or

10   publications?

11   A.  Yes.

12   Q.  What is that?

13   A.  Well, I'm actually contributing to several projects right

14   now.  I am actually engaged in revising a chapter for Dr. Rohan

15   Gutratna on cyberterrorism.  The chapter that I initially had

16   written for him for a new book he is editing on future fronts

17   again in the war on terrorism.

18              I'm also engaged right now in writing a report for as

19   part -- excuse me, as a chapter for a report for the government

20   of Denmark on the issue of terrorist financing and al Qaeda.

21   Q.  How did you become retained by the government of Denmark?

22   A.  It was actually through a colleague of mine, a university

23   professor in Copenhagen who was commissioned by the government

24   of Denmark to write a comprehensive report about the state of

25   al Qaeda, the state of other terrorist groups.  This colleague

HA 08953

5B23PARH                        Kohlmann - direct

1    of mine who I've known and I've worked with before and we've

2    had long discussions and debates about this stuff, he requested

3    that I write a chapter specifically about terrorism financing

4    with regards to al Qaeda, particularly focusing in on how the

5    latest earthquake in Pakistan may have affected that

6    phenomenon.

7    Q.   Approximately when were you retained by the government of

8    Denmark to assist --

9    A.   Indirectly.   I believe in August.

10   Q.   Okay.   Are you retained by the government or by your

11   colleague?

12   A.   My colleague.   Potentially there is an opportunity for me

13   to go to Denmark and present my findings before a government

14   body.

15   Q.   Is that work that you've done for this publication relating

16   to the government of Denmark or on behalf of the government of

17   Denmark reviewed or peer reviewed in any way?

18   A.   Yeah.   I mean the person who is editing it is a university

19   professor and the report is being produced for a government.

20   So everything is going to be extremely carefully reviewed by

21   other academics, by the editor.   I have no doubt that when -- I

22   haven't finished my final draft yet.   I have no doubt when my

23   final draft is done, I am going to have to make significant

24   revisions before final publication.   This is a regular, regular

25   process.

HA 08954

5B23PARH                         Kohlmann - direct

1    Q.   Now, Mr. Kohlmann, have you spoken at any academic

2    conferences concerning issues relating to terrorism or al

3    Qaeda?

4    A.   Yes, I have.

5    Q.   Can you explain those in general.

6    A.   Sure.  Last spring, I spoke at a conference out in

7    California convened by several universities and government

8    agencies in northern California focusing in on future threats

9    from terrorist groups, potential areas that the Department of

10   Homeland Security was not covering in terms of weaknesses to

11   national infrastructure.  Particular threats from terrorist

12   groups that have gone overlooked.  A wide variety of different

13   experts were brought in to offer their expertise, and I was one

14   of them.

15   Q.   Have you spoken at any other academic conferences?

16   A.   Yeah.  I spoke twice this summer at academic conferences

17   organized in the Balkans, talking about the war in Iraq,

18   talking about the situation with regards to terrorist groups in

19   the Balkans.  Wide variety of subjects related to terrorism in

20   Europe.

21          I'm also scheduled to speak in the beginning of next

22   year in Edinburgh at the annual World Wide Web conference to

23   talk about international terrorism and the World Wide Web.

24   Q.   When you speak at these academic conference --

25          THE COURT:  Would you characterize the Edinburgh

HA 08955

5B23PARH                    Kohlmann - direct

1   conference as an academic conference?

2          THE WITNESS:  It's being organized by a university.  I

3   forget which university it is, but it's in Scotland.

4   Q.  What's the nature of that conference in Scotland?

5   A.  The nature -- it's really more of an Internet and World

6   Wide Web conference than a terrorism conference, but as one of

7   the elements they are dealing with, they were asking for an

8   international authority to speak about terrorism on the

9   Internet.  They contacted me and asked that I be their keynote

10  speaker for that part of the discussion.

11  Q.  When you speak at some of the academic conferences you've

12  mentioned, is there any debate or discussion among yourself and

13  the other participants?

14  A.  Frequently, yeah.

15  Q.  Can you describe that?

16  A.  Sure.  I don't agree with everything that every other

17  terrorism expert has ever said, and often times I will confront

18  them about that and I will debate about facts.  One of the

19  frequent debates is about the war in Iraq.  And I'm not

20  hesitant to debate with people about that.  Sometimes the

21  debates get heated, but it's interesting.  It's a good way of

22  sharing information and it's a good way of comparing and

23  contrasting ideas.

24  Q.  Have you ever provided testimony to the U.S. Congress?

25  A.  Yes, I have.

HA 08956

5B23PARH                      Kohlmann - direct

1   Q.   Was that written or live testimony?

2   A.   It was written.  It was coauthored by myself and a

3   colleague.  My colleague delivered it, but it has both our

4   names on it.

5   Q.   Who was your colleague that delivered it?

6   A.   Matthew Epstein.

7   Q.   What was the nature of the testimony that you coauthored

8   with Mr. Epstein?

9   A.   It was supposed to be a comprehensive look at al Qaeda

10  terrorist financing.  The means, the mechanisms through which

11  al Qaeda finances itself.  And very specifically what are

12  those, not just, you know, not just what kinds of terrorist

13  financing there are.  What actual entities and individuals have

14  been responsible for raising money on behalf of al Qaeda.

15  Q.   And for what purpose were you and Mr. Epstein submitting

16  this testimony?

17  A.   For the purpose of educating policy makers.

18  Q.   Before it was submitted, was that written testimony that

19  you coauthored peer reviewed in any way?

20  A.   Yeah, it was written while we were at the Investigative

21  Project before any document would be submitted, Congressional

22  testimony.  It was reviewed by numerous people, both inside and

23  outside the Investigative Project.  Every footnote was

24  carefully analyzed two, three, four, times to make sure there

25  were no mistakes.

HA 08957

5B23PARH                    Kohlmann - direct

1           THE COURT:  What committee was it submitted to?

2           THE WITNESS:  I believe it was the subcommittee on

3    banking and finance, but I'm not sure, your Honor.

4           THE COURT:  Senate or House?

5           THE WITNESS:  Senate.

6    Q.  Now, other than what we've discussed so far, in the course

7    of your daily work, do you discuss your findings, your theories

8    and your conclusions with other people in your field?

9    A.  Yeah.  Because of the fact that I operate my own business,

10   I'm forced to go out frequently to my colleagues and talk about

11   this.  I've had discussions with people in government, outside

12   of government, academics, non-academics, anyone who is involved

13   in this in any way to see what's floating around out there, to

14   learn what people are thinking, to learn what ideas are being

15   expressed.  Frequently this involves debates.  Also because of

16   the fact that I am in the media, I frequently am involved in

17   debates, televised on air in the form -- on air in the form of

18   written reviews or written discussions on various magazines.  A

19   few months ago I participated in an online discussion on the

20   war on terrorism with several other contributors where we were

21   trading things back and forth, all written.  But yeah, very

22   frequently.  It is an integral part of this.

23   Q.  Have you ever personally interviewed a terrorist?

24   A.  Yes, I have.

25   Q.  For what purpose were you doing that?

HA 08958

5B23PARH                    Kohlmann - direct

1    A.   For multiple purposes.   I've interviewed alleged terrorists

2    for my own research purposes and I've also done so at the

3    request of government agencies.

4    Q.   Can you give us an example of one of the people that you've

5    interviewed?

6    A.   Sure.   I've interviewed Abu Hamza al-Masri a/k/a Mustafa

7    Kamel in London.

8    Q.   Can you briefly describe for us who is Abu Hamza?

9    A.   He is a cleric originally from Egypt who during the 1980s

10   went to Afghanistan to seek combat against Soviet forces there.

11   Allegedly while playing with explosives, he blew off his hands

12   and became horribly disfigured.

13            He returned to the United Kingdom and became an

14   integral recruiter for al Qaeda and other extremist groups.   He

15   was the editor of the official magazine of the Algerian armed

16   Islamic group.   He also is widely known as a distributor of

17   proterrorist propaganda tapes and other materials from the

18   United Kingdom.

19   Q.   Is Abu Hamza al-Masri also known as Mustafa Kamel indicted

20   anywhere in the United States on terrorism charges?

21   A.   Yes, he was indicted here in the Southern District of New

22   York.

23   Q.   When did you interview him?

24   A.   I interviewed him in the summer of 2002.

25   Q.   Where is he now to your knowledge?

HA 08959

5B23PARH                    Kohlmann - direct

1   A.  He's currently being held in custody in the United Kingdom

2   awaiting extradition to the United States to face charges.

3   Q.  Did any government agency ask you to interview Abu Hamza or

4   did you do that on your own?

5   A.  No, it was my own research trip.  There were a number of

6   individuals in that area I wanted to speak with.  I presumed

7   they would be under greater and greater scrutiny by law

8   enforcement.  It seemed to me that was as good a time as any to

9   speak with them.

10  Q.  Where was Abu Hamza's main base of operations?

11  A.  In London.  It was the Finsbury Park Mosque in North

12  London.

13  Q.  Where did you interview him?

14  A.  I interviewed him in his office in the Finsbury Park

15  Mosque.

16  Q.  How did you set up that interview?

17  A.  I actually called him and I spoke with him on several

18  occasions.  I explained to him I was a graduate student, which

19  I was at the time, and I was interested in Islam and I had a

20  background in studying Islam and Muslim Christian relations,

21  and that I was writing a thesis on this subject, and I would

22  like to speak with him and interview him.  After several phone

23  calls and e-mails back and forth, he agreed for us to come,

24  myself and a colleague, to come there.  And we got a chance to

25  sit down and speak with him.

HA 08960

5B23PARH                    Kohlmann - direct

1   Q.  And did you tape record this interview?

2   A.  Yes, I did.

3   Q.  Approximately how long was the interview?

4   A.  Initially he told me the interview would only be able to

5   last for about a half an hour, but our discussion got very

6   intense and in depth.  It ended up lasting I think over two

7   hours.

8   Q.  When you were at the Finsbury Park Mosque in London, did

9   you speak to or interview anybody else at the mosque other than

10  Abu Hamza?

11  A.  Abu Hamza had kind of designated his person in the -- he

12  had assigned --

13  Q.  Why don't I ask the question again and let's take it more

14  slowly, Mr. Kohlmann.

15          While you were at the Finsbury Park Mosque, did you

16  interview anyone else other than Abu Hamza?

17  A.  Yes, I did.

18  Q.  Who was that?

19  A.  I also spoke with the custodian of the mosque, the person

20  that was in charge of the mosque behind Abu Hamza, who was an

21  individual who went by the name Attila.

22  Q.  And for what purposes did you interview Attila?

23  A.  Abu Hamza had more or less assigned Attila to be our

24  guardian when we were at the mosque.  He led us throughout the

25  mosque, he showed us down into the library, and he helped us

HA 08961

5B23PARH                     Kohlmann - direct

1   select various audio recordings and video recordings and books

2   that we thought would be useful.

3   Q.   This person Attila showed you around?

4   A.   That's correct, yes.

5   Q.   Why were you interested in speaking with him?

6   A.   Well, he was the number two person in charge of Abu Hamza's

7   organization.  He was the person who was responsible for the

8   mosque.  And he obviously knew everything that was in the

9   library.  We were interested in purchasing materials at the

10   library.  So he was, he was a good person to speak with.  He

11   knew the ins and outs of Abu Hamza's organization very well.

12   Q.   In addition to Abu Hamza and Attila, did you speak with

13   other people when you were at the Finsbury Park Mosque?

14   A.   Yeah, I did.

15   Q.   Can you generally describe who those people were?

16   A.   Sure.  I got in conversations with some of the other folks

17   that were there.  People that weren't affiliated necessarily

18   with the mosque, but worshippers or followers of Abu Hamza.  I

19   spoke with them in English and in French.

20   Q.   I want to change gears.  While you were on that same trip

21   to London in 2002, did you meet someone named Sheikh Omar Bakri

22   Mohammed?

23   A.   Yes, I did.

24   Q.   Can you briefly describe for us who Sheikh Omar Bakri

25   Mohammed is?

HA 08962

5B23PARH                    Kohlmann - direct

1    A.   Sure.   Sheikh Omar Bakri Mohammed is a Muslim cleric

2    originally in Lebanon, who until recently was living in an

3    asylum in the United Kingdom.   He runs an organization known as

4    al Muhajiroun.

5    Q.   What does that word, al Muhajiroun, mean?

6    A.   It is an Arabic word meaning the immigrants.

7    Q.   What type of group is al Muhajiroun?

8    A.   The idea behind all Muhajiroun is to reestablish the rule

9    of a global Islamic empire, not just in the Middle East and in

10   Central Asia, but actually also in the United States and in

11   Great Britain.   And towards that purpose, they aim to recruit

12   people to form what they term to be a fifth column to upset

13   society and establish the rule of an Islamic calafate

14   worldwide.

15   Q.   When you say Islamic calafate, what do you mean?

16   A.   Calafate means the Islamic empire.   It's a reference to the

17   pre-1920s empire that was in control.

18   Q.   Does the group al Muhajiroun advocate violence?

19   A.   It advocates violence as the primary method to achieve that

20   goal.

21   Q.   How did it come to be that you interviewed Sheikh Mohammed?

22   A.   I called him and spoke with him.   Over e-mail I had asked

23   him -- I explained to him I was a graduate student and I would

24   like to speak with him, interview him on the subject of Islam

25   in the United Kingdom versus Islam in the United States.   He

HA 08963

1   agreed.  I met him at his headquarters in Tottenham in North

2   London.  I proceeded to conduct an interview with him.

3   Q.  Was that interview recorded?

4   A.  Yes, it was.

5   Q.  In addition to Sheikh Omar Bakri, did you speak with anyone

6   else associated with al Muhajiroun?

7   A.  Sure.  While I was at the headquarters of al Muhajiroun

8   with my colleague, we also were able to speak with several of

9   Sheikh Omar Bakri's assistants.  Individuals that were his

10  followers that were helping set up stands or helping set up

11  things at the headquarters.  We met several others at other

12  events where Omar Bakri was speaking.

13  Q.  Okay.  I want to ask you about those other events.  What

14  types of other events did you go to that pertain to Sheikh Omar

15  Bakri or al Muhajiroun?

16  A.  After attending several events related to al Muhajiroun,

17  speeches being given by Omar Bakri, we asked if they would

18  allow us to go to more events, events that weren't being

19  advertised.  So we were invited to what I guess you would term

20  an underground al Muhajiroun event where followers of Omar

21  Bakri, individuals who had helped organize his other speeches,

22  were giving their own speech without the Sheikh.

23  Q.  What types of things were discussed at those meetings?

24  A.  The need to support Osama bin Laden, the need to support al

25  Qaeda, the issue of killing women and children in the sense

HA 08964