UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                          Docket. No.  06 Cr. 442 (LAP)

          - against -

SYED FAHAD HASHMI,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**SENTENCING  MEMORANDUM (LETTER) SUPPLEMENTAL**


                              Anthony L. Ricco, Esq.
                              Attorney For Syed Fahad Hashmi
                              20 Vesey Street, Suite 400
                              New York, New York 10007
                              (212) 791-3919

 Sean Maher, Esq.
 David Ruhnke, Esq.

**ANTHONY L. RICCO**
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919   FAX. (212) 791-3940

June 8, 2010

**FILED BY ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: **United States v. Syed Fahad Hashmi**
         Docket. No. 06 Cr. 442 (LAP)

Dear Judge Preska:

    The annexed letters are submitted for your consideration at the time of sentencing of Syed Fahad Hashmi on June 9, 2010.

    The letters are from a wide spectrum of people most notably his parents, brother and close family friends who have known Syed Fahad Hashmi for many years.

    Included herein are also letters written by former of teachers and professors of Syed Fahad Hashmi, educators, alumni, concerned college students and many members of the community who have simply followed Syed Fahad Hashmi's case on the internet and/or in the newspapers.

    First, I must apologize for the timeliness of this submission, I am presently about to commence jury trial in front of Judge Patterson.  Having appeared before you in various cases over the years, I know how important the insight of family members, close family friends and those with longstanding relations with the defendant are to you at the time of sentencing.

    All the letters focus on basic points about Syed Fahad Hashmi. Everyone agrees that Syed Fahad Hashmi is a well educated young man, raised in a very loving supportive environment by very hard working and devoted parents.  The writers also agree that Syed Fahad Hashmi is a young man, capable of redemption and deserving of the court's consideration of leniency (the hallmark) of our

sentencing regimen).   The writer's all pray that the court will consider leniency in finding an appropriate sentence.

Finally, all the writers are concerned about Syed Fahad Hashmi's past conditions of confinement and pray that he will serve his sentence under humane conditions.

Although the letters provide different perspectives, all the letters are respectful and demonstrate an awareness of the court's difficult decision.

It is the hope of his counsel, shared by Syed Fahad Hashmi's loving parents and family, that will reflect upon the observations of those who have known him long before the events of the past few years and render a fair sentence in the case.

Thank you very much.

Respectfully,

*Anthony L. Ricco*

Anthony L. Ricco


ALR/es
cc: A.U.S.A. Brendan McGuire (By email)
     David Ruhnke, Esq.  (By email)
     Sean Maher, Esq.   (By email)

To,

Honorable Judge Loretta Preska
500 Pearl Street
NEW YORK, NY

Dear Honorable Judge Loretta Preska,

With due Respect to your honor I appeal to you being father to kindly consider my son Fahad Hashmi sentencing leniently.

My son has been very loving, kindhearted and very helpful to relative, friends and community. Past four years special prayers have been arranged for him by the community, people loved so much that while they pray you can see tears from their eyes.

With the love and help of community my faimly were able to bear this huge burden and give strength to me and faimly to survive.

Your honor, please consider my request symthaticaly.

Thanks

DATE 6/2/10

Respectfuly
(SYED ANWAR HASHMI)
Falker
FAHAD HASHMI

Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

June 1, 2010

Re: <u>Syed Fahad Hashmi Sentencing</u>

Dear Judge Preska,

We are students at the City University School of Law who formed a group to raise awareness for the human rights and civil rights concerns in the case of Syed Fahad Hashmi, such as the severely restrictive conditions under which Mr. Hashmi has been held in the custody of the Bureau of Prisons.

Though we unfortunately never had the chance to meet Mr. Hashmi, we have had the opportunity to learn about him through his supporters and his family. Over the past few months, we have gotten to know the Hashmis – through their dignified presence at the weekly vigils, organized by actors, educators, and students, held outside the Metropolitan Correctional Complex, as well as at a well-attended event that we organized at CUNY. Indeed, our school community was deeply moved by Mr. Hashmi's decision to accept the plea, though we understood the difficult decision he faced on the eve of an uncertain trial.

We share Mr. Hashmi's family's concerns about the effects that three years in solitary confinement have had on his physical and mental health. While we understand the seriousness of such cases, we fail to understand how the allegations in this case could justify incarcerating a young man like Mr. Hashmi, a fellow student, for the better part of his twenties and thirties. It is hard to imagine what sort of retributive or deterrent value the maximum sentence here would serve. We write to ask that you consider using your discretion at the sentencing of Mr. Hashmi on June 9th to grant a sentence that is just and merciful.

We thank you for your thoughtful consideration.

Respectfully submitted,

CUNY for Fahad

| | | |
|---|---|---|
| Beena Ahmad | Laura Matthews-Jolly | Middle Eastern Law Students |
| Natasha Lycia Bannan | Talia Peleg | Association |
| Michael Corcoran | Laura Polstein | Latin American |
| Suha Daboussseh | Joe Ramagli | Law Students Association |
| Kathy Heffron | Tiffany Rothenberg | |
| Erin Herro | Jillian Sebastian | |
| | John Ting | |

# letter to Judge Preska

## Eleanor Preiss [eleanorpreiss@gmail.com]

**Sent:**         Wednesday, June 02, 2010 11:06 PM

**To:**             Letters@FreeFahad.com

**Attachments:** Dear Judge Preska.wps (10 KB)

Attached, hopefully, and below:

June 2, 2010

Honorable Judge Preska

Dear Judge Preska:

I am concerned about Syed Fahad Hashmi.   He has been in severe solitary confinement for three years, and as testimony has shown, this is considered to be torture.    Therefore, I am asking that his sentence be as lenient as possible within the law, and that whatever time he must serve be in a place where he can again interact with persons other than his guards.

I fully believe that at some time in the future, we Americans will look back upon this period of anti-Muslim sentiment with the same horror and embarrassment that we now feel about out treatment of the Japanese-Americans in World War II.

Very truly yours,


Eleanor Preiss
439 State St
Brooklyn, NY   11217

Intekhab Alam
3675 Clague Road, Unit 102
North Olmsted, OH 44070

Wednesday, June 2, 2010

United States District Court
500 Pearl Street
New York, NY 10007-1312

Dear Judge Preska,

Greetings your honor, I hope all is well. I am writing to you regarding a case that is currently under your jurisdiction and approaching sentencing for Mr. Fahad Hashmi. I have known Mr. Hashmi for approximately 14 years now, ever since his brother and my brother became suitemates and friends during their University studies. Through my relationship with Mr. Hashmi, I can sincerely and honestly say that he has had a very positive impact on my life and personal character. I have an ardent desire to communicate these points of benefit to you in hopes that they may help him even a minute amount in comparison by appealing to you as grounds for clemency in the administration of his sentencing. My only request is that you simply hear my plea and consider it in your decision.

Throughout my childhood, I was always raised upon a firm belief in God. About four years ago, shortly before Mr. Hashmi was apprehended, I began to reach the age of maturity and my mind became unable to understand the true nature and existence of God. As my heart began to overload with fear, confusion, and despair, I can firmly say that the interaction I had with Mr. Hashmi during the early years of our relationship served as an invaluable element in bringing me through this strife. My memory of the discussions we had during those years, although I was not fully able to understand or comprehend them at the time, served as a crucial guide through my contemplation of God that ultimately led to a firm cementing within myself of belief in Him. Since this is a principle that America has also been strongly founded upon, I believe that it is noteworthy to consider the fact that God chose to use Mr. Hashmi as a means of nurturing and establishing this principle within my own heart. In addition to the founders of America, I believe that this is a value that many communities around the world also hold to be dear and that these parties would all agree that this achievement by Mr. Hashmi is worthy of merit.

Furthermore, Mr. Hashmi has consistently advocated and compelled me to maintain just relations with my neighbors, especially those outside of my community. In fact, he had admonished me and communicated signs of disapproval to me on more than one occasion when I acted out of ignorance in a manner that he thought to be unjust to any fellow human being or party. He also advised me on multiple occasions that it is a responsibility of ours to not breach any of the laws of the land where we reside or travel. As I had eventually come to understand and accept the truthfulness of these claims, I was very surprised to find out that he had been detained. I have always known him to be one who practiced what he preached. I have ultimately come to trust that if he has indeed breached any of these laws it was merely out of a lack of experience with or understanding of the laws instead of an intentional and outright disregard for them. I can say this with extremely high levels of confidence.

Bearing these points in mind and considering the impact that he has had in relation to them on both myself and assuredly many others, I ask that you act mercifully and do not impose the maximum penalty upon him and that you be as lenient as possible in the determination of his sentence. I strongly believe that he is deserving of this mercy and leniency. Furthermore, I believe that it would be a very strong indication of a desire for fair and peaceful relations on behalf of the nation that has the potential to greatly benefit future interaction. I truly hope that you agree, your honor, and will be praying for this outcome.

Best Regards,

Intekhab Alam

Sadia Rahman
34 South Portland Ave., #5
Brooklyn, New York 11217

Judge Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
Courtroom 12A
500 Pearl St.
New York, NY 10007-1312

June 2, 2010

Dear Judge Preska,

I am writing to ask for leniency in the sentencing of Syed Fahad Hashmi. As a public interest attorney at the Urban Justice Center in New York City, I am extremely dedicated to ensuring that civil liberties and racial justice are available to all. I believe that Mr. Hashmi's sentence should be mitigated to reflect the work he has done over the years to support the rights of immigrants in the United States and his clear commitment to service to his community. Although I do not personally know Mr. Hashmi, as the daughter of Muslim immigrant parents, I identify in many ways with Mr. Hashmi. He is an intelligent young man and prior to his arrest was a hardworking member of society. Furthermore, I have been struck by the ongoing outpouring of concern by his family, friends, fellow students, alumni, civil libertarians, and educators. He deserves leniency so that he can rejoin the world without having to suffer the many harms of a punitively long 15 year sentence for a plea to an act that was not alleged to have caused actual physical harm to anyone. Thank you for your consideration.

Sincerely,

Sadia Rahman

## Letter to Judge Preska

Deema Azizi [haqqul_yaqeen@yahoo.com]

**Sent:** Wednesday, June 02, 2010 5:14 PM

**To:** letters@freefahad.com

---

Dear Honorable Judge Loretta A. Preska,

I write to you with deep concern for the case of Syed Fahad Hashmi. As you know, Hashmi has been held in solitary confinement in New York for more than three years under Special Administrative Measures. Hashmi has undergone punishment in these years equal to punishment for many years. His isolation has clearly impacted his psychological and emotional state, as it would any other man.

Today, I ask you for leniency in Fahad Hashmi's upcoming sentencing hearing on June 9th. Hashmi has many supporters who are willing to vouch for his upstanding character and moral integrity. While his guilty plea does not shine light on this positive description of Hashmi, he has earned the respect of his community through years of beneficial contribution.

I urge you to reduce Hashmi's prison sentence and allow him the chance to make a better and brighter future.

Thank you for you time.

Sincerely,

Deema Azizi

6/2/10

To Judge Loretta Preska:

I write to ask for leniency in the sentencing of my brother Fahad Hashmi. It is my opinion that my beloved brother Fahad is deserving of such leniency. Fahad is a loving brother who is known for his good character and hospitality. He has a lifetime of good deeds and is known amongst his friends and family as a generous and kind soul. His loss through detention has affected our family and community greatly. We are the two children of immigrant parents and he has always been a beacon of joy for my parents. Fahad strived hard to attain his education, which he did by attaining a Masters in International Relations; this was realization of my parents' dreams that their child become highly educated.

Fahad has suffered enough through 3 years of severe solitary confinement. He is the uncle to my two children who were both born during his detention. It is my hope that Fahad is united with them early in their childhood. Fahad is the rare individual who strives to make everyone he meets feel comfortable and be hospitable. He is a very welcoming person and spent his youth inviting his many friends over to lunch and dinner. We come for a large family with many aunts and uncles in New York, we have many first cousins and Fahad has always been one of their favorite cousin/nephew. The cousins are much younger than Fahad and still look up to him as an example of dignity and kindness.

Fahad has a great deal of potential and his quick return will only aide him in leading a productive life. Our family eagerly awaits his return to our home. He is one of my dearest friends and his suffering has caused great distress in our family. We only hope that his ordeal ends as soon as possible.

Again, it is my hope that my brother Fahad be afforded leniency in his sentence. Also, that his conditions of confinement are humane.

Thank You,

Faisal Hashmi

Faisal Hashmi

6/2/10

To Honorable Judge Loretta Preska,

I am writing to ask for leniency in the sentencing of Fahad Hashmi. I have known Fahad and his family for over 20 years. I am a senior member of our religious community here in Flushing. As long as I have known Fahad he has been a compassionate and active young man. He was someone known to help the community and one who expends his energy to upgrade the status of the muslim community here in America.

Fahad's detention has affected our community greatly and we feel that he has suffered enough with 3 years of solitary confinement. We miss Fahad dearly and have been praying for him throughout his detention and will continue to do so until he is returned to us.  We are hoping that you exercise leniency in his sentencing and return Fahad with his friends and family as soon as possible.

Regards,

Mamnoon A. Marghoob

137-63 Kalmia Ave.

Flushing, NY 11355

## CALL TO ACTION: Free Fahad Letter Writing Campaign

Adam Samad [adamsamad@gmail.com]

**Sent:** Wednesday, June 02, 2010 1:33 AM

**To:** Letters@FreeFahad.com

---

Dear Honorable Judge Loretta A. Preska,

I am a revert to Islam, and the reason I believe in God is because He is the only sign of hope and the only one who can determine true justice for all of mankind. This is what Islam teaches us; every human being will be dealt with after death based on his or her intention. No one but the All Knowing can determine this and righteously administer punishment or reward. I also believe as a human being and an American Citizen that this country is the most just as humanly possible primarily due to our great judicial system. When I think about this great nation, I think about all the rights, freedoms, and justice that are given to all.

I became utterly saddened lately when I stumbled upon a facebook group called freefahad.com and came to learn about someone so warm yet outspoken who I once crossed paths with. Upon researching what was made available to the public, this story deeply disturbed me. It is sad to see how a man can be punished in this country without any clear evidence. I comprehend the severity of the case, but what I fail to see is any clear evidence. Nothing is making sense. Along with all Americans, I am first in line to be against a threat to this nation or its people. It makes me scared as an American to see someone who is so outspoken about injustice be punished on heresy.

Although I have known Fahad Hashmi for a brief period of time in High School through friends, I am urging you to please consider leniency towards him just based on his character. From my fond memories of him I have heard nothing but great things about him. I can only imagine if he had views that were a threat to peace but this punishment doesn't fit the crime. I am one of the biggest advocates of America and when I see injustice done before my eyes it's one of the scariest thoughts. Judge Loretta, if you have read this letter please give this man his due punishment that fits the crime. Please save this countries principles.

Thank you,

AAS

# letter to Judge Loretta

akbar zab [akbarzab2@hotmail.co.uk]

**Sent:**  Wednesday, June 02, 2010 12:56 PM
**To:**  letters@freefahad.com

Dear Judge Loretta A. Preska

My name is Akbar Zab and I am writing this from the United Kingdom. Honourable Judge the reason why I am writing to you is to implore you to please be lenient in the sentencing of my brother Fahd Hashmi. His case has touched and affected many around the world and has served to underline and highlight what many perceive to be American injustice. His liability is however irrelevant at this point in time- it's too late- and hence I do not wish to dwell on it. I do however hope you will agree with me that in relation to what he is accused of doing the three years he spent, detained in solitary confinement under Special Administrative Measures (SAMs) more than compensates as a suitable and appropriate punishment. This is especially so when one considers that many authorities view Fahads conditions of imprisonment as torture, due to the severe psychological damage isolation can cause. So please my esteemed judge I plead with you to realise that Fahad has suffered tremendously and has already served his time in relation to what he is accused of doing . Please be charitable to my brother on Wednesday 9th June.

Thank you


Yours sincerely Akbar Zab


Get a free e-mail account with Hotmail. Sign-up now.

# Free Syed Fahad Hashmi Immediately

Buthul Siddiqui [bsiddiq11@hotmail.com]

**Sent:**  Wednesday, June 02, 2010 7:14 AM

**To:**  letters@freefahad.com

---

Judge Loretta A. Preska

RE: Syed Fahad Hashmi


Judge Preska,

Please release Syed Fahad Hashmi immediately.  The imprisonment and abuse he has already endured for the past three years seems to be the greatest injustice and crime in this case.  It seems he has not done anything wrong and in fact seems to be a very decent and considerate person.  He should not be held a day longer.   This seems to be the only fair thing.



Thank You,

Buthul Siddiqui

Alpharetta, GA

July 2, 2010

To Judge Loretta Preska

In approximately one week's time you will make your decision as to how long Fahad Hashmi will spend the next few years of his life in prison. I ask that you take into consideration the fact that he spent roughly 3 years in solitary confinement. This sort of pre-trial treatment seems to fit the bill of cruel and unusual punishment, especially when someone in our beautiful country is considered innocent until proven guilty. His time served should not be taken at face value. Indeed it was more severe than 3 years in general population. Count those years towards his favor and reduce his sentence. Fahad Hashmi is not someone who deserves to be locked up in prison and his eventual return to society can only yield positivity.

Best Regards

Roger Kuo

Dear Judge Preska,

I am writing to you in regards to the sentencing of Syed Fahad Hashmi. As a concerned citizen and resident of New York, I was alarmed by the conditions of Fahad's pre-trial detention and the use of "Special Administrative Measures" and solitary confinement in his case. Indeed, it was shocking that such conditions of confinement were even possible in the US. Given the extreme nature of these conditions it would seem that Fahad has already paid dearly for his allowing Junaid Babar to stay in his London apartment. As Fahad himself has not been accused of providing any direct support to AlQaeda, or having any personal connections to the organization, I feel his sentencing should follow a course that is appropriate to the charges he has pled to. While I understand that the specific environment in which he will be detained is the decision of the Bureau of Prisons, you are in the important position to recommend the remaining time he will serve. A well-educated citizen of the US and long time resident of New York, a son and brother of a loving family, Fahad still has the opportunity to make a positive contribution to society. It would appear to many observers that his 4 years of pre-trial detention has already constituted a sufficient debt paid. That said, I understand you may be compelled to recommend a longer sentence than that already served. However, considering the details of his case— that he has not been found guilty of any violent act, nor does he have a history of violence, and that he has a loving family who have lived and worked and contributed to American society for years and is waiting for him to come home— I know I am not alone in urging you to let Fahad rejoin his family and begin his life again as soon as possible. I'm sure I don't need to tell you that the longer someone is in prison, the more difficult it is to come back from, or of the traumatic impact long sentences have on the families of those incarcerated. I also recognize the heavy responsibility and pressure you face in presiding over terrorism cases. But it is increasingly important for the safety and security of us all—Christian, Muslim, Black, White, Liberal, Conservative— that the War on Terror does not perpetrate practices that only threaten to sow a growing sense injustice among those communities most affected. Now more than ever, it is important that our justice system remains just for all, including those we may not agree with. Please take this into consideration when you preside over Fahad's sentencing. I do not hesitate to say that history will indeed be on your side should you recommend the shortest, and therefore most humane, sentence possible.

Sincerely,

Brian Pickett
Adjunct Instructor
Brooklyn College Academy High School
Brooklyn, NY

# letter of support

debsian [debsian@yahoo.com]

**Sent:** Tuesday, June 01, 2010 2:47 PM
**To:** Letters@FreeFahad.com

Judge Loretta A. Preska:

Dear Judge Preska:

I am writing to you to request that your sentencing of Syed Fahad Hashmi, take into account that he has spent almost three years in solitary confinement under Special Administrative Measures (SAMs) at the Metropolitan Correctional Facility in lower Manhattan. I hope that you would convert his sentence to "time served". He is accused of lending his cell phone to a friend and passing his friend's clothes to someone who was deemed a terrorist. It is difficult to understand why these innocent activities should lead to 15 years in prison.

Leniency in this case would further a level of understanding that would do more to harmonize international tensions than anything I can think of.

Thank you for any considerations you might give to this matter.

Gerry Scoppettuolo
Dorchester, Ma.

## Sentencing of Syed Fahad Hashmi

Jim McCabe [jimmccabe2010@gmail.com]

**Sent:** Wednesday, June 02, 2010 4:29 PM

**To:** Letters@FreeFahad.com

Dear Judge Preska,

I am writing to ask you to exercise leniency in sentencing Syed Fahad Hashmi who is scheduled to appear before you on June 9th.  As you know, Mr. Hashmi already has served 4 years in prison, the last three enduring the harshest conditions of solitary confinement.   Mr. Hashmi may well have exercised poor judgment in his dealings with Junaid Babar but it is important to remember that Mr. Hashmi himself has not committed any violent act and has had no direct ties to al Qaeda.  His plea is a clear indication that he has acknowledged his past mistakes and that he still wishes to make a positive contribution to the community.   Mr. Hashmi is a well educated individual from a loving family which should make it easier for him to transition back to civilian life.  I hope you conclude that the time already served and conditions of his confinement have been punishment enough given the nature and circumstances of his wrongdoing.  Thank you.

Jim McCabe

453 East 78th Street #4

New York, NY  10075-1648

June 1, 2010

Dear Judge Loretta A. Preska,

I am writing to you regarding Syed Fahad Hashmi's upcoming sentencing. I urge you to reduce his sentence as much as possible. With three years in solitary confinement before his trial even took place and before he was convicted of anything, I think it is agreeable that he has been dealt with extremely unfairly if not inhumanely under the SAMs. You are in a position to alleviate his suffering. I plead with you to do so. It was Martin Luther King Jr. who said "Justice denied anywhere diminishes justice everywhere." As a judge, it is hoped that you will be just towards Syed Fahad Hashmi and give him compensation for the unfair treatment he has endured in the form of a reduced sentence. May God bless you.

Sincerely,

Aisha Asif

## Justice in the case of Fahad Hashmi

mazna ahmad [maznaahmad@gmail.com]

**Sent:** Tuesday, June 01, 2010 9:54 PM

**To:** Letters@FreeFahad.com

Dear Judge Loretta A. Preska,

I am writing this letter in the case of Fahad Hashmi who has been detained for almost three years in solitary confinement under Special Administrative Measures (SAMs) at the Metropolitan Correctional Facility in lower Manhattan. I urge you to be lenient in Fahad's sentencing as he has already sufferred much psychological torment by being held in solitary confinement with minimal contact even with family members. We urge you to be lenient in light of Fahad not having any criminal record in the past and in light of the charges he is being convicted of and in light of the limitted evidence against him. We urge you to uphold the consitution, we urge you to stand up for juctice.

Thank You,

Mazna Ahmad, MD

June 1st, 2010

Dear Judge Loretta A. Preska,

I am writing to you today to please consider leniency in Syed Fahad Hashmi's sentencing. As a mother of two young daughters and a contributing citizen of this wonderful city of NY, I feel no insecurity in having Mr. Fahad Hashmi living freely among us once again.

This hard working and intelligent young man who has no history of even a minor misconduct with the law, and whose family is well respected by all in the community, who had so much to look forward to towards a bright future, has people with various backgrounds who came in contact with him vouching for his innocence because of his good character. I believe that Mr. Fahad Hashmi has just fallen victim to these highly stressed political conditions we are living in today where our basic values of justice and human dignity which we are so very proud of as Americans are compromised based on religion and national origins.

I among many optimistic citizens of our country who still believe that no matter how extraordinary the cirumstances are, that justice will still prevail beacuse of the high value placed on human values in our court system. So I urge you to please consider sentencing Mr. Syed Fahad Hashmi to as minimal time as possible as part of his plea bargain.

Thank you very much for your time and consideration.
Sincerely,
A very concerned Queens resident.

## Letter to Judge Preska

Samar Al-Bulushi [samar42@gmail.com]

**Sent:** Wednesday, June 02, 2010 1:07 PM
**To:** letters@freefahad.com

Dear Judge Preska,

I am writing in regards to the sentencing of Syed Fahad Hashmi. As a concerned citizen and resident of New York, I was alarmed by the conditions of Fahad's pre-trial detention and the use of "Special Administrative Measures" and solitary confinement in his case. Indeed, it was shocking that such conditions of confinement were even possible in the US. As Fahad himself has not been accused of providing any direct support to AlQaeda, or having any personal connections to the organization, I feel his sentencing should follow a course that is appropriate to the charges he has pled to. While I understand that the specific environment in which he will be detained is the decision of the Bureau of Prisons, you are in the important position to recommend the remaining time he will serve. Fahad still has the opportunity to make a positive contribution to society. Considering the details of his case— that he has not been found guilty of any violent act, nor does he have a history of violence, and that he has a loving family who have lived and worked and contributed to American society for years and is waiting for him to come home— I know I am not alone in urging you to let Fahad rejoin his family and begin his life again as soon as possible. I'm sure I don't need to tell you that the longer someone is in prison, the more difficult it is to come back from, or of the traumatic impact long sentences have on the families of those incarcerated. It is increasingly important for the safety and security of us all—Christian, Muslim, Black, White, Liberal, Conservative— that the War on Terror does not perpetrate practices that only threaten to sow a growing sense of injustice among those communities most affected. Now more than ever, it is important that our justice system remains just for all, including those we may not agree with. Please take this into consideration when you preside over Fahad's sentencing.

Sincerely,

Samar Al-Bulushi

Brooklyn, NY

## Letter requesting Leniency

Shamima Tauhid Anis [shamima_anis@hotmail.com]

**Sent:** Tuesday, June 01, 2010 5:35 PM

**To:** letters@freefahad.com

To: Honorable Judge Loretta A. Preska

Dear Judge:

I, Shamima Tauhid Anis, am a resident of Valley Stream and have been a resident of Flushing in the past. I am an upstanding member of my community and have lived in the United State since I was 11 years old. United States of America is the only place I care to call home and I have deep faith in the justice system of this country. I have attended the public school system and CUNY colleges and you can say I am all around New Yorkers. Due to the great education this country provided me with, I also worked in the corporate world as data processor and later as a computer programmer for 10 years before deciding to stay home to raise my kids. Currently, as a homeschooler, I teach my kids about this great country and the government including the judicial branch that was set up by the founding fathers.

I have known Fahad and his family since I moved to New York from Houston, Texas at the age of 17. Fahad and his family including his extended family are all upstanding members of the community and I know it from having interacted with them at gatherings at my relatives' homes and community gatherings. Fahad is one of only 2 kids their parents had and their family's small size has become very significant to them these past years. Therefore, I urge you to consider his old parents when you sentence him as they have aged decades in the past 3 years. I also urge you to consider the fact that Fahad has already served 3 long years in solitary confinement, a punishment far worse for someone who hadn't even been to court yet.

I would greatly appreciate you taking my letter into consideration and take care to exercise leniency when you sentence Fahad Hashmi. Thank you for your kind attention.

Shamima T. Anis

shamima_anis@hotmail.com

The New Busy is not the too busy. Combine all your e-mail accounts with Hotmail. Get busy.



# Friends of Human Rights
P.O. Box 290136
Tampa, Florida, U.S.A. 33687
(813) 215-3403
melvau@earthlink.net
friendshumanrights@yahoo.com
www.friendshumanrights.org

June 2, 2010

Judge Loretta A. Preska
U.S. District Court – Southern District of New York
500 Pearl St.
New York, New York 10007

Dear Judge Preska:

I am writing you with regards to Syed Fahad Hashmi. We have been following his case since shortly after his arrest, and have been very concerned about the very harsh conditions of his confinement for the past three years. As you know he has been in almost complete isolation – a punishment that is extreme.

We write to urge you to be lenient in your sentencing, especially in light of the years he has already served.

Respectfully,

Melva Underbakke, Ph.D.